No. 02-8022. LEE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02-8024. ROBINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02-8031. McCUTCHEON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02-8033. BALINT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02-8036. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02-8041. JONES v. SENKOWSKI, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02-8046. OCHOA AGUILAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02-8059. FAIRLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02-8065. HARRIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02-8066. HALL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02-8067. GALLO-CHAMORRO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02-8069. IMPALA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02-8070. HERNANDEZ-FUENTES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02-8074. HUNTLEY v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 02-8076. REEVES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.